# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| D B INDUSTRIES, INC., | Civil No. 10-0367 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| PETZL AMERICA, INC., | |
| Defendant. | |

___

The above-entitled case comes before the Court upon the plaintiff's notice of dismissal filed on April 23, 2010 [Docket No. 3].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the complaint in this action is **DISMISSED WITH PREJUDICE**.

DATED: April 28, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                                United States District Judge